**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 22-cv-23634-JEM**

LOUDMILA BOURLAKOVA, *et al.*,

    Plaintiffs,

v.

ANTHONY VIRGIL RAFTOPOL, *et al.*,

    Defendants.

_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned, PETER H. LEVITT, and the law firm of SHUTTS & BOWEN LLP, hereby enters an appearance as counsel of record for Defendant ANAHILL STIFTUNG, and respectfully requests that all pleadings, orders, notices, and other court papers in this action be served on them at the below address.  This appearance is not a consent to jurisdiction, an acceptance of service, a waiver of service or a waiver of any objections to jurisdiction or venue or of any other defenses or objections that may be raised under Federal Rule of Civil Procedure 12(b).

Dated:  November 15, 2022.

    */s/ Peter H. Levitt*
    Peter H. Levitt, Esq.
    Fla. Bar No. 650978
    SHUTTS & BOWEN LLP
    200 S. Biscayne Boulevard, Suite 4100
    Miami, Florida 33131
    Tel.: (305) 358-6300
    Fax: (305) 415-9847
    ***plevitt@shutts.com***

    *ATTORNEYS FOR DEFENDANT ANAHILL STIFTUNG*

**CASE NO. 22-cv-23634-JEM**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that, on November 15, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    /s/ *Peter H. Levitt*
    Peter H. Levitt